**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NAVINDRA RAJKUMAR and RAYMOND
JUNMOK KIM, individually and on behalf of
all others similarly situated,

                          Plaintiffs,

            -against-                                  20 **CIVIL** 218 (ALC)

                                                  **JUDGMENT**

FBCS, INC.,

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 12, 2021, Defendant's motion to dismiss is GRANTED and Plaintiffs' Complaint is dismissed.

**Dated:**  New York, New York

       March 15, 2021

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                         **BY:**
                                                      *K. Mango*
                                                      **Deputy Clerk**